IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10973
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

$7,298.00 IN UNITED STATES CURRENCY,

                                        Defendant,

LEONEL GAMEZ RODRIGUEZ,

                                        Claimant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-0697
- - - - - - - - - -
June 27, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

      Leonel Gamez Rodriguez appeals the grant of a default
judgment in favor of the Government following a civil *in rem*
forfeiture proceeding and the district court's denial of his
motion to amend his answer to the Government's complaint against
the property.  We presume without deciding that Rodriguez, who

_____

      * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

did not file a verified claim and was not permitted to file an answer, had standing to challenge the default and has standing to appeal.

We have reviewed Rodriguez's brief and the record, and we find no reversible error. See *United States v. $38,570 U.S. Currency,* 950 F.2d 1108 (5th Cir. 1992); *United States v. One 1988 Dodge Pickup,* 959 F.2d 37 (5th Cir. 1992); *United States v. One 1978 Piper Navajo PA-31 Aircraft,* 748 F.2d 316 (5th Cir. 1984). Accordingly, the decision of the district court is AFFIRMED.